UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          )<br>     Plaintiff,    )<br>v.        )<br>          )<br>SERGIO VARGAS,    )<br>          )<br>     Defendant.   ) | Case No. 2;14MJ00225-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __SERGIO VARGAS__ , Case No. __2;14MJ00225-AC__ , Charge __18USC § 1028(a)(1)(a)(2)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $_____

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✔ (Other)      __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 26, 2014__ at __11:00 am__ .

                 By  /s/ Allison Claire/s/ Allison Claire
                      Allison Claire
                      United States Magistrate Judge

Copy 2 - Court